**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DATA SPEED TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-035-SLR |
| | ) | |
| MINDJET LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Data Speed Technology

LLC voluntarily dismisses with prejudice the above-entitled action against Mindjet LLC. This

notice of dismissal is being filed with the Court before service by Defendant of either an

answer or a motion for summary judgment.

April 3, 2014

OF COUNSEL:

Alexander C.D. Giza
Marc A. Fenster
Dorian S. Berger
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
agiza@raklaw.com
mfenster@raklaw.com
dberger@raklaw.com

BAYARD, P.A.

 */s/ Sara E. Bussiere*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*
*Data Speed Technology, LLC*